■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PILGRIM, Appellant. [669 NYS2d 239] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered January 16, 1996, convicting him of assault in the second degree and criminal possession of a weapon in the fourth degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contentions, the trial court correctly declined to charge assault in the third degree as a lesser included offense of assault in the first degree (*see, People v Martin,* 59 NY2d 704; *People v Glover,* 57 NY2d 61; *People v Berry,* 123 AD2d 477; *People v Greene,* 111 AD2d 183; *People v Higgins,* 124 AD2d 966; *People v Palmer,* 197 AD2d 712; *cf., People v Fasano,* 107 AD2d 1052; *People v Fugaro,* 96 AD2d 659).

The defendant's remaining contentions, including those raised in his *pro se* supplemental brief, are either unpreserved for appellate review, without merit, or based on matter dehors the record. Thompson, J. P., Joy, Goldstein and Luciano, JJ., concur.